AMY JANE LONGO, Cal. Bar No. 198304
Email: longoa@sec.gov
LUCEE S. KIRKA, Cal. Bar No. 121685
Email: kirkal@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Katharine E. Zoladz, Associate Regional Director
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENAS OF THE<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>    Applicant,<br><br>    vs.<br><br>IRA S. VIENER,<br><br>    Respondent. | Case No. CV 20-00654-AB (ASx)<br><br>**ORDER TO SHOW CAUSE WHY AN ORDER COMPELLING COMPLIANCE WITH INVESTIGATIVE SUBPOENAS SHOULD NOT BE ISSUED** |

The Applicant, the Securities and Exchange Commission ("SEC"), having filed an Application for an Order to Show Cause and an Application for Order Compelling Compliance with Investigative Subpoenas against Respondent Ira S. Viener ("Respondent"), the Court having considered the Application and documents filed in support thereof, and good cause having been shown, the Court being fully advised in the matter, and there being no just cause for delay:

IT IS HEREBY ORDERED that the SEC's Application for an Order to Show Cause Why an Order Compelling Compliance with Investigative Subpoenas should not be issued is GRANTED.

IT IS HEREBY ORDERED that on March 23, 2020, at 10:00 a.m, or as soon thereafter as the parties can be heard, Respondent shall appear before the Honorable Alka Sagar, United States District Court, in Courtroom 540, located at 255 E. Temple Street, Los Angeles, California, 90012 to show cause, if there be any, why an Order Compelling Compliance with Investigative Subpoenas should not be granted in accordance with the Application filed by the SEC herein.

IT IS FURTHER ORDERED that any papers in opposition to the issuance of said Order shall be filed by the Respondent with this Court and served on the SEC's Los Angeles Regional Office at 444 S. Flower Street, 9th Floor, Los Angeles, California 90071, by hard copy, and also by email to longoa@sec.gov, such that they arrive no later than 5:00 p.m. (PST), on February 27, 2020.

IT IS FURTHER ORDERED that any reply papers in support of the issuance of said Order Compelling Compliance shall be filed by the SEC with this Court and served on the Respondent such that they arrive no later than 5:00 p.m. (PST), on March 10, 2020.

1     IT IS FURTHER ORDERED that service of this Order to Show Cause, and any papers in opposition to the issuance of said Order, or any reply papers, may be accomplished by electronic mail, facsimile, United Parcel Service or personal service.

Dated: February 6, 2020

                                                    /s/
                                      HONORABLE ALKA SAGAR
                                      UNITED STATES MAGISTRATE JUDGE