AMY JANE LONGO, Cal. Bar No. 198304
Email: longoa@sec.gov
LUCEE S. KIRKA, Cal. Bar No. 121685
Email: kirkal@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Katharine E. Zoladz, Associate Regional Director
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Western Division**

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENAS OF THE<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>    Applicant,<br><br>    vs.<br><br>IRA S. VIENER,<br><br>    Respondent. | Case No. 2:20-cv-00654-AB (ASx)<br><br>[~~PROPOSED~~] **ORDER COMPELLING COMPLIANCE WITH INVESTIGATIVE SUBPOENAS** |

The Securities and Exchange Commission ("SEC"), having applied pursuant to Section 22(b) of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. §77v(b), and Section 21(c) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u(c), for an Order Compelling Compliance with Investigative Subpoenas issued by the SEC, the Court having considered the Memorandum of Points and Authorities in support of the SEC's Application, and all other papers filed in the proceedings herein, and being fully advised in the matter, and good cause appearing therefore:

## I.

IT IS HEREBY ORDERED that the SEC's Application for an Order Compelling Compliance with Investigative Subpoenas is GRANTED.

## II.

IT IS FURTHER ORDERED that the SEC shall personally serve this Order Compelling Compliance on Respondent Ira Viener ("Respondent") no later than ten days from the date of the lifting of the State of New Jersey's Stay at Home Order, Executive Order No. 107, which currently restricts non-essential businesses in the State of New Jersey due to the COVID-19 virus.

## III.

IT IS FURTHER ORDERED that Respondent shall produce to the SEC staff all documents called for by SEC's October 30, 2019 administrative subpoena for documents, on or before fifteen days from the date he is personally served with this Order, at the SEC's Los Angeles Regional Office at 444 South Flower Street, Los Angeles, CA 90071.

## IV.

IT IS FURTHER ORDERED that Respondent shall appear for testimony as called for by the SEC's October 30, 2019 administrative subpoena for testimony forty-five days from the date he is personally served with this Order, at 200 Vesey Street, Suite 400, New York, NY 10281.

**V.**

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over this matter for the purpose of giving full effect to this Order and to make such further orders and decrees or taking such action as may become necessary or appropriate to carry out the terms of this Order.

Dated: March 23, 2020

/ s / Sagar
THE HON. ALKA SAGAR
U.S. DISTRICT MAGISTRATE JUDGE